

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 27, 2020

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Jhancarlos Acosta-Liriano*, 19 Cr. 500 (PKC)

Dear Judge Castel:

      A status conference is currently scheduled in the above-captioned case for tomorrow, January 28, 2020 at 11:30 a.m. The parties are in advanced plea discussions and expect the defendant to enter a change of plea shortly. However, the defendant will not be in a position to do so at the January 28 conference. Accordingly, the parties jointly request an approximately thirty-day adjournment, and expect that the next conference in this matter will be a change-of-plea proceeding. The parties also request that that time be excluded under the Speedy Trial Act through the next conference date. Such an exclusion would be in the interests of justice, as it would allow, among other things, the parties time to continue discussing possible dispositions of this matter. *See* 18 U.S.C. § 3161(h)(7)(A).

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

by: /s/ Daniel Nessim
      Daniel Nessim
      Assistant United States Attorney
      (212) 637-2486

Upon the application of the government, consented to by defense counsel, the conference originally scheduled for January 28, 2020 is adjourned to February 25, 2020 at 12:00 p.m. in Courtroom 11D. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. The reasons for this finding are that the grant of the continuance is needed to allow the parties time to continue discussing possible dispositions of this matter. Accordingly, the time between today and February 25, 2020 is excluded.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: January 27, 2020