UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                          19 CR 500 (PKC)

       -against-                                ORDER

Jhancarlos Acosta-Liriano,

                Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

       The time for the plea scheduled on February 25, 2020 is moved from 12:00 p.m. to 2:30 p.m. in Courtroom 11D.

       SO ORDERED.

                                              P. Kevin Castel
                                            United States District Judge

Dated: New York, New York
         February 7, 2020