**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 27, 2020

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Jhancarlos Acosta-Liriano*, 19 Cr. 500 (PKC)

Dear Judge Castel:

The Court has scheduled a conference in the above-captioned matter for March 17, 2020 at 12:30 p.m. The parties request that that time be excluded under the Speedy Trial Act through March 17, 2020. Such an exclusion would be in the interests of justice, as it would allow, among other things, the parties time to continue discussing possible dispositions of this matter. *See* 18 U.S.C. § 3161(h)(7)(A).

                              Respectfully submitted,

                              GEOFFREY S. BERMAN
                              United States Attorney

                   by:  *Daniel Nessim*
                            Daniel Nessim
                            Assistant United States Attorney
                            (212) 637-2486

*[Handwritten endorsement:] For the reasons stated, time is excluded under the Speedy Trial Act until March 17, 2020. SO ORDERED. /s/ PKC USDJ 2-27-20*