# OLIVER S. STORCH

ATTORNEY AT LAW
18TH FLOOR
120 BROADWAY
NEW YORK, NEW YORK 10271
E-MAIL: oliver.storch@verizon.net
www.oliverstorch.com

MEMBER OF N.Y. & CT. BARS

TELEPHONE (212) 587-2383
FACSIMILE (212) 732-7080

March 12, 2020

The Honorable Kevin P. Castel
United States District Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re: United States v. Jhancarlos Acosta-Liriano**
**Docket No.: 19-CR-00500 (KPC)**

Your Honor:

Greetings. My client, Mr. Jhancarlos Acosta-Liriano, is scheduled for a status conference on Tuesday, March 17, 2020 at 12:30 pm.

I am respectfully requesting a continuance of said status conference to Thursday, April 16, 2020 at 12:30 pm, a date and time convenient to the court as per Law Clerk, Mr. Jeff Eldridge, Esq., so the Defense can reasonably review the latest discovery and finalize the plea agreement, avoiding a trial on the matter.

AUSA Daniel G. Nessim consents to the above continuance request.

The Defendant consents to the exclusion of time between March 16, 2020 and April 16, 2020 which will serve the ends of justice and outweigh the best interest of the public and defendant in in a speedy trial because the exclusion of time will afford the parties time to continue discussions regarding a pre-trial disposition.

Thank You.

Respectfully submitted,

Oliver S. Storch, Esq.

**SO ORDERED:**

_____
**United States District Court Judge**

OS/gp
cc: AUSA Daniel G. Nessim

Upon the application of defense counsel, consented to by the government, the conference originally scheduled for March 17, 2020 is adjourned to April 16, 2020 at 12:30 p.m. in Courtroom 11D. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. The reasons for this finding are that the grant of the continuance is needed to allow defense time to review the latest discovery and for the parties to continue discussions regarding a pre-trial disposition. Accordingly, the time between today and April 16, 2020 is excluded.

    SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: March 13, 2020